IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 12-13687 |
| SANDRA LEE DANZIG-NEGRILLO | ) | Honorable Timothy A. Barnes |
| | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF SANDRA LEE DANZIG-NEGRILLO**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $1,172.50 for 4.1 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) and actual and necessary costs in the amount of $20.70 from June 14, 2012, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On April 3, 2012, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2. The 341 meeting was held on June 7, 2012, and Trustee filed his initial report of assets on June 13, 2012.

3. Debtor's schedules indicated that Debtor owned a 2008 Chevrolet Equinox (the "**Vehicle**") that was appraised by CarMax at a value of $11,000.00. Debtor had a $5,529.00 exemption in the Vehicle, which allowed for an asset value of $5,500.00 for the benefit of unsecured creditors of this estate.

4. On July 24, 2012, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to June 14, 2012.

5. On July 24, 2012, this Court entered an Order allowing Trustee to sell the Vehicle to Debtor for $5,500.00, to be paid over a period of 12 months.

6. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

### NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

7. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on June 14, 2012. Q&B has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT OF PROFESSIONAL PERSONS

8. Q&B drafted the motion, and obtained court approval, to retain Q&B as Trustee's General Counsel and prepared this motion for fees and costs. In connection with the retention application and this request for fees and costs, Q&B expended 2.0 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $740.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Colleen A. Greer | 1.0 |

2

QB\21519205.1

B. **ASSETS**

9. Q&B attorneys prepared the motion to sell the Vehicle to Debtor for $5,500.00, to be paid in installments over a period of 12 months. In connection with the sale of the Vehicle, Q&B expended 2.1 hours for which it requests compensation of $678.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .2 |
| Sarah K. Baker | 1.4 |
| Colleen A. Greer | .5 |

**II. STATEMENT OF LEGAL SERVICES AND EXPENSES**

10. Since June 14, 2012, Q&B has devoted 4.1 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $1,172.50

11. While representing Trustee, Q&B expended $20.70 photocopying ($.10 per page) for service of the motion to sell the Vehicle. Q&B respectfully requests to be compensated for these reasonable and necessary costs. Attached as **Exhibit B** is a breakdown of the costs.

12. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

13. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $1,172.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of $20.70 in reasonable and necessary costs incurred in the administration of this case; and

    C.    For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
    Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

4

QB\21519205.1



101 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Milwaukee and Madison, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1853254  
Invoice Date: June 18, 2013

Privileged & Confidential

Philip V. Martino as Trustee  
Quarles & Brady LLC  
Suite 4000  
300 North LaSalle Street  
Chicago, IL 60654

For Professional Services Rendered Through June 18, 2013  
Re: Professional Retention Chapter 7 Bankruptcy Estate  
Q & B Matter Number: 147728.00003

| | |
|---|---|
| Current Fees: | $ 175.00 |
| Current Total Due: | $ 175.00 |
| **TOTAL AMOUNT DUE:** | **$ 175.00** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V. as Trustee for Danzig-Negrin, Sandra Lee, Chapter 7 Bankruptcy  June 18, 2013
RE: Professional Retention Chapter 7 Bankruptcy Estate  Invoice Number: 1853254
Q & B Matter Number: 147728.00003  Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/19/12 | Prepare draft motion to retain Q&B as Trustee's attorneys (.5). | CGREER | 0.50 |
| 06/10/13 | Prepare draft of first and final fee application for Q&B (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 1.00 | | 175.00 |

Total Fees:  $  175.00



601 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1853253
Invoice Date:     June 18, 2013

Privileged & Confidential

Philip V. Martino as Trustee
Quarles & Brady LLC
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through June 18, 2013
Re: Assets Chapter 7 Bankruptcy Estate
Q & B Matter Number: 147728.00005

| | | |
|---|---|---|
| Current Fees: | $ | 678.50 |
| Current Total Due: | $ | 678.50 |
| **TOTAL AMOUNT DUE:** | **$** | **678.50** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V. as Trustee for Danzig-Negrin, Sandra Lee, Chapter 7 Bankruptcy  
RE: Assets Chapter 7 Bankruptcy Estate  
Q & B Matter Number: 147728.00005

June 18, 2013  
Invoice Number: 1853253  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/14/12 | Prepare draft motion for approval of sale of automobile to Debtor (.5). | CGREER | 0.50 |
| 06/18/12 | Revise sale motion and order. | PMARTINO | 0.20 |
| 07/24/12 | Attend hearing regarding sale of vehicle. | SBAKER | 1.40 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.20 | 575.00 | 115.00 |
| SBAKER | Sarah K. Baker | 1.40 | 340.00 | 476.00 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 2.10 | | 678.50 |

Total Fees: $ 678.50



| | | |
|---|---|---|
| 411 East Kennedy Boulevard | | Attorneys at Law in: |
| Suite 3400 | | Chicago, Illinois |
| Tampa, FL 33602-5195 | | Milwaukee and Madison, Wisconsin |
| Tel. 414.277.5000 | | Naples and Tampa, Florida |
| Fax 414.271.3552 | | Phoenix and Tucson, Arizona |
| www.quarles.com | | Washington, DC |

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  1853252  
Invoice Date:    June 18, 2013

Privileged & Confidential

Philip V. Martino as Trustee  
Quarles & Brady LLC  
Suite 4000  
300 North LaSalle Street  
Chicago, IL 60654

For Professional Services Rendered Through June 18, 2013  
Re: General and Costs Chapter 7 Bankruptcy Estate  
Q & B Matter Number: 147728.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 20.70 |
| Current Total Due: | $ | 20.70 |
| **TOTAL AMOUNT DUE:** | **$** | **20.70** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V. as Trustee for Danzig-Negrill, Sandra Lee, Chapter 7 Bankruptcy

RE: General and Costs Chapter 7 Bankruptcy Estate

Q & B Matter Number: 147728.00006

June 18, 2013

Invoice Number: 1853252

Page 2

**DISBURSEMENTS:**

| | |
|---|---|
| Copy charges | 20.70 |
| Total Disbursements: | $ 20.70 |
| Total Fees and Disbursements: | $ 20.70 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate through 2011 was $525.00; his hourly billing rate for fiscal year 2012 was $550.00; and his current hourly billing rate is $565.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her fiscal year 2012 hourly billing rate was $325.00; her current hourly billing rate is $345.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 22 years. Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS** )
                              ) SS
**COUNTY OF COOK** )

      I, Philip V. Martino, on oath, state as follows:

      1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for the above referenced Debtor.

      2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

      3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

      4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

      5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

      6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

      7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

      8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

      9.      I personally reviewed the pro formas for this estate each month and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

QB\21519205.1