TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DANZIG-NEGRILLO, SANDRA LEE | § | Case No. 12-13687 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/22/2013 in Courtroom 613,
                      Unisted States Bankruptcy Court
                      219 South Dearborn Street
                      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/20/2013                    By: Clerk of the Bankruptcy Court
                                                             Clerk of the Bankruptcy Court

*PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
DANZIG-NEGRILLO, SANDRA LEE  §   Case No. 12-13687
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,500.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 5,460.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,172.50 | $ 0.00 | $ 1,172.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 20.70 | $ 0.00 | $ 20.70 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,493.20 |
| Remaining Balance | | $ | 2,966.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,470.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC Assignee for | $ 1,390.32 | $ 0.00 | $ 922.73 |
| 000002 | Capital One Bank (USA), N.A. | $ 3,079.90 | $ 0.00 | $ 2,044.07 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,966.80 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                      Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-13687-TAB
Sandra Lee Danzig-Negrillo                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales           Page 1 of 2          Date Rcvd: Sep 20, 2013
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2013.
```
db          +Sandra Lee Danzig-Negrillo,    290 Fern Drive,    Elk Grove Village, IL 60007-4014
aty         +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
18730391    +Alexian Brothers,    PFS Correspondence,    3040 W. Salt Creek Ln,
              Arlington Heights, IL 60005-1069
18730386    +Assurant Health,    Attn: Bankruptcy Dept.,    PO Box 624,    Milwaukee, WI 53201-0624
18730384    +BXG/REC Note Trust 2006-B,    Attn: Bankruptcy Dept.,    PO Box 3585,    Boston, MA 02241-3585
18730392    +Capital One Bank,    Attn: Bankruptcy Dept.,    PO Box 755,    Chicago, IL 60690-0755
20311682     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
              Charlotte, NC  28272-1083
18730394    +Chase Bank,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
18730381    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18730382    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18730393    +Freedman Anselmo Lindberg &,    Rappe LLC,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
18730396    +Global Vacation Network,    Attn: Bankruptcy Dept.,    5320 College Blvd,
              Overland Park, KS 66211-1621
18730385    +John H. Stroger Hospital,    Bankruptcy Department,    1900 W. Polk St,    Chicago, IL 60612-3723
18730388    +MEA Elk Grove LLC,    Attn: Bankruptcy Dept.,    PO Box 366,    Hinsdale, IL 60522-0366
18730390    +Magazine Publishers Service,    Bankruptcy Dept,    PO BOx 5070,    Hudson, FL 34674-5070
18730399    +Magazine Publishers Service,    Attn: Bankruptcy Dept.,    PO Box 5070,    Hudson, FL 34674-5070
18730400    +Melody Brown,    Bankruptcy Dept,    PO Box 1108,    Great Falls, MT 59403-1108
19927268     Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
18730387    +Northshore University Health,    Attn: Bankruptcy Dept.,    9532 Eagle Way,
              Chicago, IL 60678-1095
18730383    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19118729     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2013 00:40:30     Capital One Bank (USA), N.A.,
              by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
18730398    +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2013 01:48:40     GE Capital Care Credit,
              Attn: Bankruptcy Dept.,    PO Box 965035,    Orlando, FL 32896-5035
19054123     E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2013 01:45:22     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18730395    +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2013 01:53:40     GECRB/Meijer,
              Attn: Bankruptcy Dept.,    PO BOx 965005,    Orlando, FL 32896-5005
18730389    +E-mail/Text: bankruptcy@gsb.com Sep 21 2013 00:27:28      Glenview State Bank,
              Attn: Bankruptcy Department,    800 Waukegan Rd.,    Glenview, IL 60025-4310
19927270     E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2013 01:51:32     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18730397*    +Chase Bank,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2013                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
```
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
          Philip V Martino, ESQ    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Sarah Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
           milli.zukowsky@quarles.com
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 2              Date Rcvd: Sep 20, 2013
                              Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Shera L Bucchianeri    on behalf of Debtor Sandra Lee Danzig-Negrillo ndil@geracilaw.com
                                                                                                                                    TOTAL: 5