TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| DANZIG-NEGRILLO, SANDRA LEE | § § § | Case No. 12-13687 |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BXG/REC Note Trust 2006-B Attn: Bankruptcy Dept. PO Box 3585 Boston MA 02241 |  |  |  |  |  |
| 2 | Global Vacation Network Attn: Bankruptcy Dept. 5320 College Blvd Overland Park KS 66211 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alexian Brothers PFS Correspondence 3040 W. Salt Creek Ln Arlington Heights IL 60005 | | | | | |
| 10 | Glenview State Bank Attn: Bankruptcy Department 800 Waukegan Rd. Glenview IL 60025 | | | | | |
| 11 | John H. Stroger Hospital Bankruptcy Department 1900 W. Polk St Chicago IL 60612 | | | | | |
| 12 | Magazine Publishers Service Bankruptcy Dept PO BOx 5070 Hudson FL 34674 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Magazine Publishers Service Attn: Bankruptcy Dept. PO Box 5070 Hudson FL 34674 | | | | | |
| 14 | MEA Elk Grove LLC Attn: Bankruptcy Dept. PO Box 366 Hinsdale IL 60522 | | | | | |
| 15 | Northshore University Health Attn: Bankruptcy Dept. 9532 Eagle Way Chicago IL 60678 | | | | | |
| 16 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 2 | Assurant Health Attn: Bankruptcy Dept. PO Box 624 Milwaukee WI 53201 | | | | | |
| 4 | Chase Bank Attn: Bankruptcy Dept. PO Box 15298 Wilmington DE 19850 | | | | | |
| 5 | Chase Bank Attn: Bankruptcy Dept. PO Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 |  |  |  |  |  |
|  | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 |  |  |  |  |  |
|  | 8 GE Capital Care Credit Attn: Bankruptcy Dept. PO Box 965035 Orlando FL 32896 |  |  |  |  |  |
|  | Freedman Anselmo Lindberg & Rappe LLC 1807 W. Diehl Rd. Naperville IL 60566 |  |  |  |  |  |
|  | Melody Brown Bankruptcy Dept PO Box 1108 Great Falls MT 59403 |  |  |  |  |  |
| 000002 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000001 | MIDLAND FUNDING LLC |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

6/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-13687 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | DANZIG-NEGRILLO, SANDRA LEE | | | Date Filed (f) or Converted (c): | 04/03/12 (f) |
| | | | | 341(a) Meeting Date: | 06/07/12 |
| For Period Ending: | 11/14/13 | | | Claims Bar Date: | 09/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. GLENVIEW STATE BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA CHECKING ACCOUNT | 121.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS; TV, VCR, STEREO, COUCH, UTENSILS, | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 75.00 | 0.00 | | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL. | 100.00 | 0.00 | | 0.00 | FA |
| 6. EARRINGS, WATCH, COSTUME JEWELRY, RINGS | 150.00 | 0.00 | | 0.00 | FA |
| 7. WHOLE LIFE INSURANCE | 895.00 | 0.00 | | 0.00 | FA |
| 8. 2008 CHEVROLET EQUINOX WITH OVER 39,000 MILES | 9,923.00 | 0.00 | | 5,500.00 | FA |
| 9. TIMESHARE ORLANDO FLORIDA (SURRENDER) | 10,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $22,564.00 | $0.00 | | $5,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 09/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-13687 TAB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | DANZIG-NEGRILLO, SANDRA LEE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7599 Congressional - Checking Account |
| Taxpayer ID No: | *******6550 | | |
| For Period Ending: | 11/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 07/06/12 | 8 | Sandra Lee Danzig-Negrillo | First payment | 400.00 | | 400.00 |
| 08/02/12 | 8 | Sandra Danzig-Negrillo | Second payment | 400.00 | | 800.00 |
| 09/11/12 | 8 | Sandra Lee Danzig-Negrillo | third payment | 400.00 | | 1,200.00 |
| 10/03/12 | 8 | Sandra Danzig-Negrillo | Fourth Payment | 400.00 | | 1,600.00 |
| 11/06/12 | 8 | Sandra Danzig-Negrillo | 5th Payment | 400.00 | | 2,000.00 |
| 12/12/12 | 8 | Sandra Danzig-Negrillo | 6th payment | 400.00 | | 2,400.00 |
| 01/15/13 | 8 | Sandra Danzig-Negrillo | 7th payment | 400.00 | | 2,800.00 |
| 02/11/13 | 8 | Sandra Danzig-Negrillo | 8th Payment | 400.00 | | 3,200.00 |
| 03/08/13 | 8 | Sandra Danzig-Negrillo | 9th payment | 500.00 | | 3,700.00 |
| 03/08/13 | | Congressional Bank | Bank Charges | | 10.00 | 3,690.00 |
| 04/09/13 | 8 | Sandra Danzig-Negrillo | 10th payment | 300.00 | | 3,990.00 |
| 04/22/13 | | Congressional Bank | Bank Charges | | 10.00 | 3,980.00 |
| 05/09/13 | 8 | Sandra Danzig-Negrillo | 11th Payment | 400.00 | | 4,380.00 |
| 05/09/13 | | Congressional Bank | Bank Charges | | 10.00 | 4,370.00 |
| 05/29/13 | 8 | Sandra Danzig-Negrillo | | 775.00 | | 5,145.00 |
| 06/04/13 | | CONGRESSIONAL BANK | Bank Charges | | 10.00 | 5,135.00 |
| 06/06/13 | 8 | Sandra Danzig-Negrillo | | 325.00 | | 5,460.00 |
| 10/23/13 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Expense | | 1,300.00 | 4,160.00 |
| 10/23/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 1,193.20 | 2,966.80 |
| 10/23/13 | 003003 | Midland Funding LLC Assignee for<br>GE Capital Retail Bank<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Claim 000001, Payment 66.36817%<br>(1-1) MEIJER or GEMB | | 922.73 | 2,044.07 |
| | | | Page Subtotals | 5,500.00 | 3,455.93 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-13687 | TAB | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | DANZIG-NEGRILLO, SANDRA LEE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7599 Congressional - Checking Account |
| Taxpayer ID No: | *******6550 | | | |
| For Period Ending: | 11/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/13 | 003004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000002, Payment 66.36806% | | 2,044.07 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,500.00 | 5,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,500.00 | 5,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,500.00 | 5,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Congressional - Checking Account - ********7599 | 5,500.00 | 5,500.00 | 0.00 |
| | 5,500.00 | 5,500.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 2,044.07

LFORM2 Ver: 17.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*